UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:06-CV-409-ORL-31JGG

GREG D. ALTER

        Plaintiffs,

vs.

BRETT BRESSLER, P.A., a Florida
Corporation and BRETT BRESSLER

        Defendants.

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW the parties pursuant to Fed.R.Civ.P. 41(a), by and through their undersigned attorneys, hereby stipulate and agree to the Dismissal without Prejudice of this matter. Accordingly, each party shall bear their own attorney's fees and costs.

Dated this 22d day of January, 2007.

_____
CHARLES L. SCALISE, ESQ.
Bar No.: 0776327
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM
250 North Orange Avenue, 11th Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com

_____
JEFFREY S. BADGLEY, ESQ.
Bar No.: 0599417
ANDERSON & BADGLEY, P.L.
1270 North Orange Avenue, Suite D
Winter Park, Florida 32789
Telephone: (407) 478-4600
Facsimile: (407) 478-4777
E-mail: jsb@andersonbadgley.com